UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in | ) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| v. | ) Miscellaneous No. |
| DESIREE ALI-FAIROOZ | ) Super. Ct. Case No. 07-CDC-024980 |
| | ) Subpoena Matter |

NOTICE OF REMOVAL OF SUBPOENA

The United States Attorney, through the undersigned attorneys, and on behalf of Condoleeza Rice, Secretary of the United States Department of State, a federal employee, respectfully files this Notice of Removal of a subpoena matter pursuant to 28 U.S.C. §§ 1442(a)(1), 1446; *Brown & Williamson Tobacco Corp. v. Williams*, 62 F.3d 408, 412-415 (D.C. Cir. 1995); and *Houston Business Journal, Inc. v. Office of the Comptroller of the Currency*, 86 F. 3d 1208, 1211 (D.C. Cir. 1996). In support of this notice, the United States states as follows:

1. Counsel for Desiree Ali-Fairooz caused a subpoena to be sent via facsimile to Christopher Riche, Office of the Executive Director, United States Department of State (the Department), Office of the Legal Adviser, seeking testimony from Secretary of State Condoleezza Rice (the Secretary) in Courtroom 120 of the District of Columbia Superior Court on January 29, 2008 in *District of Columbia v. Desiree Ali-Fairooz*, 07-CDC-24980.

2. A copy of the subpoena is attached hereto.

3. The subpoena requires Secretary Rice to appear and give testimony about facts Secretary Rice observed by virtue of her official duties and in her official capacity as a federal employee.

4. Secretary Rice will move to quash the subpoena, relying on federal law. The

motion to quash is being filed simultaneously herewith.

5. This notice of removal is brought pursuant to 28 U.S.C. §§ 1442(a)(i) and 1446; *Brown & Williamson Tobacco Corp. v. Williams*, 62 F.3d 408, 412-415 (D.C. Cir. 1995); and *Houston Business Journal, Inc. v. Office of the Comptroller of the Currency*, 86 F.3d 1208, 1211 (D.C. Cir. 1996).

WHEREFORE, this subpoena matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446; and *Brown & Williamson Tobacco Corp. v. Williams; and Houston Business Journal, Inc.*, supra. The underlying, misdemeanor case, in theSuperior Court of the District of Columbia, is not affected by the removal of this subpoena matter.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970
fax: 202/514/8780

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

| | |
|---|---|
| In Re Subpoena in | ) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| v. | ) Miscellaneous No. |
| DESIREE ALI-Fairooz | ) Super. Ct. Case No. 07-CDC-024980 |
| | ) |

NOTICE OF FILING OF NOTICE OF
REMOVAL OF SUBPOENA

TO:  Mark Loudon-Brown
     111 F St. NW
     Washington, D.C. 20001
     Attorney for Plaintiff Desiree Ali-Fairooz

PLEASE TAKE NOTICE THAT ON January 18, 2008, Secretary of State Condoleeza Rice, through counsel, filed with the Clerk of the Superior Court of the District of Columbia, a Notice of Removal of the subpoena in the above-referenced criminal action, pending in the Superior Court of the District of Columbia. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia, with regard to the Subpoena ad Testificandum,

"shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970
fax: 202/514/8780

UNITED STATES DISTRICT COURT
CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January, 2008, I caused service of the following: Notice of Filing of Notice of Removal and Notice of Removal, to be made on Plaintiff Desiree Ali-Fairooz, through counsel, by first class mail addressed to:

Mark Loudon-Brown
111 F St. NW
Washington, D.C. 20001
Attorney for Plaintiff Fairooz

Rhonda C. Fields
Assistant U.S. Attorney