UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in | ) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| v. | ) Miscellaneous No. 08-39 (RCL) |
| DESIREE ALI-FAIROOZ | ) |
| | ) |

**ERRATA**

At docket entry 2, the last page of exhibit A, page 6 of 6, inadvertently was not attached with the filing. That page is attached hereto.

Respectfully submitted,

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970
fax: 202/514/8780

Mark Loudon-Brown
January 8, 2008
Page 6 of 6

      Satisfying these requirements requires a showing that Secretary Rice's testimony would be both material and favorable to the defense, that it would not be cumulative of other evidence (including audio/video evidence), and that other witnesses who do not hold high government office could not provide the information you seek. *Bardoff*, 628 A.2d 86, 92-93 (citing *United States v. Valenzuela-Bernal*, 458 U.S. 858, 867 (1982)). The facts clearly demonstrate that you cannot satisfy this standard as the events at issue took place in a public forum before numerous other witnesses and were professionally recorded. Secretary Rice's testimony could only be cumulative of this evidence and therefore is not essential to the prevention of prejudice or injustice in this case.

      For the foregoing reasons, your request is hereby denied. Please be advised that Secretary Rice does not intend to appear as a witness pursuant to your subpoena. If you have any questions, you may contact me at (202) 647-2318.

      Sincerely,

      Brad Wiegmann

      Assistant Legal Adviser

      United States Department of State

Enclosures:
    As stated.