UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in ) ) DISTRICT OF COLUMBIA, ) ) v. ) ) DESIREE ALI-FAIROOZ ) ) | Misc. No. 08-0039 (RCL) |

**ORDER**

Upon consideration of the Motion [2] to Quash filed by the Office of the United States Attorney for the District of Columbia, for the reasons set forth in support thereof, and upon consideration of the entire record herein, it is hereby

ORDERED that the motion to quash shall be and is hereby GRANTED, the subpoena is quashed and this subpoena matter shall be and is hereby dismissed.

The Secretary of State has raised a colorable claim that the state court subpoena seeks official information, the disclosure of which the Department of State has denied pursuant to its governing regulations, and which the state court cannot compel by virtue of the Supremacy Clause. This matter was properly removed to this Court, and the motion [4] to remand is DENIED. The refusal of the criminal defendant to comply with the State Department's regulations is, alone, sufficient grounds to quash this subpoena, even if the Court were to overlook improper service of process and the other valid grounds raised in movant's motion.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on February 19, 2008.